# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---

HAMER

-v-

KNIGHT

---

U.S.C.A. # _____

U.S.D.C. # **07-cv-4434**

JUDGE: **KMW**

DATE: **JUNE 15, 2007**

*U.S. DISTRICT COURT FILED JUN 15 2007 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): **THOMAS R. PISARCZYK**
FIRM: **U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK**
ADDRESS: **500 PEARL STREET, ROOM 370**
**NEW YORK, NEW YORK 10007**
PHONE NO.: **(212) 805 - 0636**

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( **X** ) Original Record                              (\_\_\_\_\_) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **15 TH** Day of **JUNE**, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Homer

-v-

Knight

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-4434

JUDGE: KMW

DATE: June 15, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                     Document Description

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15th Day of June In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231ST year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04434-KMW
### Internal Use Only

Hamer v. Knight
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Taft C. Hamer.(mbe) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against R. Knight. Document filed by Taft C. Hamer.(mbe) (Entered: 06/04/2007) |
| 05/30/2007 |  | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL Plaintiff's request to proceed informa pauperis is granted but, for the reasons set forth below, the complaint is dismissed. According this pro se complaint the close and sympathetic reading to which it is entitled, Haines v. Kerner, 404 U.S. 519, 520-21 (1972) (per curiam), plaintiff's allegation fail to state a claim 42 U.S.C.1983 upon which relief may be granted. Under 28 U.S.C. 1367(c)(3), the Court declines to excercise supplemental jurisdiction over any state law claims. The complaint is therefore dismissed. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/2007) (mbe) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/30/2007) (mbe) (Entered: 06/04/2007) |
| 06/12/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Taft C. Hamer. (tp) (Entered: 06/15/2007) |
| 06/12/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Taft C. Hamer. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. (tp) (Entered: 06/15/2007) |
| 06/15/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 06/15/2007) |
| 06/15/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 06/15/2007) |