MANDATE

S.D.N.Y.-N.Y.C.
07-cv-4434
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14ᵗʰ day of January , two thousand eight,

Present:

      Hon. Chester J. Straub,
      Hon. Richard C. Wesley,
      Hon. Debra Ann Livingston,
                *Circuit Judges.*



Taft Hamer,

        *Plantiff-Appellant,*

      v.                                            07-2593-pr

R. Knight, Parole Officer,

        *Defendant-Appellee.*

Appellant, *pro se*, moves to proceed *in forma pauperis* in his appeal of the district court's dismissal of his 42 U.S.C. § 1983 action. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
    Deputy Clerk

Issued as Mandate:
2/21/08                    P.S

*See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172-74 (2d Cir. 1989); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

JAN 1 4 2008

SAO-PR

2